IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, William B | Case Number:  04 B 00846 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/11/08 | Filed:  1/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: June 19, 2008
Confirmed: April 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 116,640.81 | |
| Secured: | | 93,567.57 |
| Unsecured: | | 14,289.87 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 6,081.92 |
| Other Funds: | | 1.45 |
| Totals: | 116,640.81 | 116,640.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | U S Small Business Administration | Secured | 0.00 | 0.00 |
| 3. | U S Small Business Administration | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 9,855.64 | 9,855.64 |
| 5. | Countrywide Home Loans Inc. | Secured | 64,852.62 | 64,852.62 |
| 6. | Village of Dolton | Secured | 1,573.60 | 1,573.60 |
| 7. | Countrywide Home Loans Inc. | Secured | 17,285.71 | 17,285.71 |
| 8. | Niko | Unsecured | 1,799.94 | 1,799.94 |
| 9. | HSBC Auto Finance | Unsecured | 9,888.44 | 9,888.44 |
| 10. | Premier Bankcard | Unsecured | 497.89 | 0.00 |
| 11. | Nicor Gas | Unsecured | 2,601.49 | 2,601.49 |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 15. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 16. | Marlinit | Unsecured | | No Claim Filed |
| 17. | Kmart Corp | Unsecured | | No Claim Filed |
| 18. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 19. | Alpat Co Inc | Unsecured | | No Claim Filed |
| 20. | Sprint Nextel | Unsecured | | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 22. | Dobbs Manhaw Bus | Unsecured | | No Claim Filed |
| 23. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 24. | Ultra Food | Unsecured | | No Claim Filed |
| 25. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 26. | Sprint PCS | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Collins, William B

Printed: 11/11/08

Case Number:  04 B 00846
Judge:  Goldgar, A. Benjamin
Filed:  1/8/04

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 111,055.33 | $ 110,557.44 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 624.96 |
| 4% | 390.25 |
| 6.5% | 901.49 |
| 3% | 227.64 |
| 5.5% | 1,192.40 |
| 5% | 378.24 |
| 4.8% | 687.37 |
| 5.4% | 1,679.57 |
| | $ 6,081.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

